## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MADELEINE YATES, on behalf of herself and other persons similarly situated, | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) Civil Action No. 1:17-cv-09219 ) |
| CHECKERS DRIVE-IN RESTAURANTS, INC. and VIBES MEDIA, LLC, | ) ) ) ) |
| *Defendants.* | ) ) ) |

## FINAL JUDGMENT

The Court has entered Final Approval of the parties' Settlement. Accordingly, Plaintiff's and the Settlement Class Members' claims against Checkers Drive-In Restaurants, Inc. and Vibes Media, LLC are hereby **DISMISSED WITH PREJUDICE**, and this Final Judgment shall issue consistent with Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

DATED this 14 day of April, 2021.

By _____
Sunil R. Harjani
U.S. Magistrate Judge